IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH ET AL, | No. C 14-02808 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CITY OF OAKLAND ET AL, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 6, 2015 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is Setember 4, 2015.

DESIGNATION OF EXPERTS: 10/26/15; REBUTTAL: 11/9/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 25, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by September 11, 2015;

    Opp. Due September 25, 2015;  Reply Due October 2, 2015;

     and set for hearing no later than October 16, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 15, 2015 at 3:30 PM.

JURY TRIAL DATE: January 11, 2016 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to either Magistrate-Judges Beeler or James for purposes of settlement.  The settlement conference shall occur in March 2015.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/30/14

_____
SUSAN ILLSTON
United States District Judge