|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

SONJA C SMITH, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND,

    Defendants.

Case No. 14-cv-02808-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 11, 2015 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: July 29, 2016.

DESIGNATION OF EXPERTS: 9/26/16; REBUTTAL: 10/10/15;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: October 28, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; August 5, 2016;
    Opp. Due: August 19, 2016; Reply Due: August 26, 2016;
    and set for hearing no later than September 9, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 22, 2016 at 3:30 PM.

JURY TRIAL DATE: December 5, 2016 at 8:30 AM.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Mr. Lacy shall file a formal motion to withdraw as counsel of record.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 10/15/15

_____
SUSAN ILLSTON
United States District Judge