UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA C. SMITH, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>THE CITY OF OAKLAND,<br><br>  Defendant. | Case No. 14-cv-02808-SI<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 47 |

On December 2, 2015, attorneys John L. Burris and DeWitt M. Lacey ("movants") filed a motion to withdraw as counsel of record for plaintiff Sonia C. Smith. Dkt. 47. The movants declare that good cause exists to warrant the withdrawal; namely, that "irreconcilable differences" with plaintiff prevent them from managing and directing the course of litigation. *Id.* at 2. Defendants do not oppose the motion.

Based on representations made at a hearing on this matter in open court on January 22, 2016, the Court finds that good cause exists to warrant the withdrawal. The Court therefore GRANTS the request.

**IT IS SO ORDERED**.

Dated:   January 22, 2016

_____
SUSAN ILLSTON
United States District Judge