March 15, 2016



Phillip Burton Federal Bldg
450 Golden Gate Ave.
San Francisco, CA 94102
Attn: Judge Susan Illston

Re:   **REQUEST TO DISMISS**
　　　Smith et al v. City of Oakland
　　　Case #: 3:14-cv-02808

*In response to our last hearing held on January 22, 2016, I have been unable to obtain new legal representation to move forward with the above case. Because I am not qualified to proceed with this case alone, I am therefore requesting the case to be dismissed for all of the reasons stated above.*

Sincerely,

Sonya C. Smith
1114 E. Leland Rd. Apt 288
Pittsburg, CA 94565